**Opinion issued April 20, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00235-CR
_____

## IN RE JASON MICHAEL BADYRKA, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Jason Michael Badyrka, incarcerated and acting pro se, filed a petition for writ of mandamus seeking to compel the trial court to (1) provide findings of fact and conclusions of law supporting the court's order denying Badyrka's motion to

suppress confession and (2) direct supplementation of the appellate record to include certain items Badyrka asserts have been omitted.[1]

Badyrka is represented by appointed counsel in his pending appeal of his criminal conviction. Badyrka's pro se petition for writ of mandamus thus presents nothing for our Court to review because a criminal defendant is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (because appellant was represented by counsel and was not entitled to hybrid representation, appellant's pro se supplemental brief presented nothing for review); *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, no writ) (orig. proceeding) (overruling pro se motion for leave to file mandamus petition because relator was represented by appointed trial counsel and not entitled to hybrid representation); *see also In re De La O*, No. 04-16-00826-CR, 2017 WL 95925, at *1 (Tex. App.—San Antonio Jan. 11, 2017, orig. proceeding) (mem. op, not designated for publication)

Accordingly, we deny Badyrka's petition for writ of mandamus. Any pending motions are dismissed as moot.

---

[1] The underlying case is *The State of Texas v. Jason Michael Badyrka*, cause number 20-CR-2912, in the 405th District Court of Galveston County, Texas, the Honorable Jared Robinson presiding.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).